**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 44 WM 2022
:
Respondent    :
:
v.    :
:
HUI XU,    :
:
Petitioner    :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.